IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
JAN 0 4 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DAN L. INGHAM | § | |
| | § | |
| VS. | § | CIVIL ACTION MISC. NO. B-00-042 |
| | § | |
| GARY L. JOHNSON, ET AL. | § | B-01-001 |

## ORDER

Petitioner, Dan L. Ingham, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by March 2, 2001.

DONE at Brownsville, Texas, this 2nd day of January, 2001.

_____
John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com