3

United States District Court
Southern District of Texas
RECEIVED

JAN - 9 2001

Michael N. Milby, Clerk

Dan L. Ingham #309147
James V. Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367-6568

January 5, 2001

Hon. Michael N. Milby, Clerk
U.S. District Court
Brownsville Division
600 E. Harrison St.
Brownsville, Texas 78520-7114

United States District Court
Southern District of Texas
FILED

JAN 0 9 2001

Michael N. Milby
Clerk of Court

CAB-01-01

Re: No. B-00-042 (Miscellaneous)

Style: Dan L. Ingham
v.
Gary L. Johnson, Director, TDCJID

ATT: GABRIEL, M., Cashier/Deputy Clerk


Dear Clerk:

    This acknowledges the copy of your Receipt No. 1 114520, dated Dec. 18, 2000, for the $5.00 filing fee in the above referenced habeas corpus. I note that you identified this action as "Miscellaneous." I assume that was because you're awaiting the judge's decision on whether he will treat this as a new action or if he will join it with its companion case. Please explain.

    Also, you sent copies of an IFP form and asked me to fill out and return one of them to you. Please note that I am paying all costs and I will not be going in forma pauperis. If the judge decides this is a § 2254 case (and I believe it is, hence the $5.00 filing fee), then the fee is paid. If he decides it is a § 1983 civil rights action, then I will pay the fees and costs. Thank you for your concern and foresight. Please inform me of any further costs or fees.

    Enclosed for your convenience, please find a SASE. I look forward to your reply as time and opportunity permit.

                                  Very truly yours,

                                  Dan L. Ingham
                                  Petitioner, Pro Se


cc:files