6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

DAN L. INGHAM,                        §
        Petitioner,                   §
                                      §
                                      §
versus                                §        Civil No.  01-CV-1
                                      §        (Formerly MS B-00-042)
                                      §
GARY L. JOHNSON, DIRECTOR,            §
        Respondent.                   §


PETITIONER'S MOTION FOR SHOW CAUSE ORDER FOR CONTEMPT
FOR RESPONDENT'S FAILURE TO  PROVIDE SERVICE UNDER RULE 5

TO THE HONORABLE JUDGE OF THE SAID COURT:

COMES NOW Dan L. Ingham, Petitioner pro se and, pursuant to Rule 7, Federal Rules Civil Procedure, moves this Court for an order that Respondent show cause why Respondent should not be held in contempt and why Respondent's pleading should not be stricken.  Respondent has failed to provide Petitioner with a copy of the Respondent's motion for summary judgment filed May 2, 2001.  Service is mandatory under Rule 5 and is not optional. The Petitioner learned the motion had been filed only after a non-prisoner friend contacted the Clerk's office on June 4, 2001, and the Petitioner then received a copy of the Clerk's docket. The Respondent has a history in this case of not serving the Petitioner with a copy of Respondent's pleadings.  It appears the Respondent may be attempting improper ex parte communications with the Court.

WHEREFORE, PREMISES CONSIDERED, Petitioner Dan L. Ingham respectfully moves this Court for an order that Respondent show cause why Respondent should not be held in contempt and why his pleading should not be stricken from the record.

Respectfully Submitted,


Dan L. Ingham #309147
Petitioner, Pro Se
James V. Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367


### CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this _12_ day
of June, 2001, filed with the Clerk of the proper court and
served on opposing counsel a true and correct copy of the
forgoing PETITIONER'S MOTION FOR SHOW CAUSE ORDER FOR CONTEMPT by
mailing same via U.S. Mail, first-class postage prepaid, properly
enveloped and deposited in the prison institution's internal
mailbox for outside mailing addressed to:

        Hon. Michael N. Milby, Clerk
        U.S. District Court
        Southern District of Texas
        Brownsville Division
        600 East Harrison Street
        Brownsville, Texas 78520

and

        Karyl Jean Krug
        Assistant Attorney General
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548


Dan L. Ingham #309147
Petitioner, Pro Se