IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DAN L. INGHAM,<br>    Petitioner, | §<br>§<br>§ |
| versus | §     Civil No. 01-CV-1<br>§     (Formerly MS B-00-042) |
| GARY L. JOHNSON, DIRECTOR,<br>    Respondent. | §<br>§ |

PETITIONER'S MOTION TO STRIKE RESPONDENT'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO PROVIDE SERVICE UNDER RULE 5

TO THE HONORABLE JUDGE OF THE SAID COURT:

    COMES NOW Dan L. Ingham, Petitioner pro se and, pursuant to Rule 7, Federal Rules Civil Procedure, moves this Court to strike the Respondent's motion for summary judgment filed May 2, 2001, for Respondent's failure provide Petitioner with a copy of the said motion as required under the rules of service. Service is mandatory under Rule 5 and is not optional. The Petitioner learned the motion had been filed only after a non-prisoner friend contacted the Clerk's office on June 4, 2001, and the Clerk mailed the Petitioner a copy of the docket sheet. The Respondent has a history in this case of not serving the Petitioner with a copy of Respondent's pleadings. It appears the Respondent may be attempting improper <u>ex parte</u> communications with the Court.

    WHEREFORE, PREMISES CONSIDERED, Petitioner Dan L. Ingham respectfully moves this Court to strike the Respondent's motion for summary judgment.

Respectfully Submitted,

_Dan L. Ingham_
Dan L. Ingham #309147
Petitioner, Pro Se
James V. Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367

CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this 12 day of June, 2001, filed with the Clerk of the proper court and served on opposing counsel a true and correct copy of the forgoing PETITIONER'S MOTION TO STRIKE RESPONDENT'S MOTION FOR SUMMARY JUDGMENT by mailing same via U.S. Mail, first-class postage prepaid, properly enveloped and deposited in the prison institution's internal mailbox for outside mailing addressed to:

Hon. Michael N. Milby, Clerk
U.S. District Court
Southern District of Texas
Brownsville Division
600 East Harrison Street
Brownsville, Texas 78520

and

Karyl Jean Krug
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

_Dan L. Ingham_
Dan L. Ingham #309147
Petitioner, Pro Se