8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
DAN L. INGHAM,              §
     Petitioner,            §
                            §
versus                      §    Civil No. 01-CV-1
                            §    (Formerly MS B-00-042)
GARY L. JOHNSON, DIRECTOR,  §
     Respondent.            §
```

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

PETITIONER'S MOTION TO TEMPORARILY STAY PROCEEDINGS

TO THE HONORABLE JUDGE OF THE SAID COURT:

COMES NOW Dan L. Ingham, Petitioner pro se and, pursuant to Rule 7, Federal Rules Civil Procedure, moves this Court to temporarily stay its ruling on the Respondent's motion for summary judgment. The Petitioner has not received a copy of the Respondent's motion and has therefore had no fair opportunity to reply to or defend himself against the motion. Petitioner therefore moves this Court to temporarily stay its ruling on the Respondent's motion pending the Petitioner's receipt thereof and his filing a reply, objection or other responsive pleading.

Respectfully Submitted,

_____
Dan L. Ingham #309147
Petitioner, Pro Se
James V. Allred Unit
2101 FM 369 North
Iowa PArk, Texas 76367

CERTIFICATE OF SERVICE

    This is to certify that the undersigned has on this 12 day of June, 2001, filed with the Clerk of the proper court and served on opposing counsel a true and correct copy of the forgoing PETITIONER'S MOTION TO TEMPORARILY STAY PROCEEDINGS by mailing same via U.S. Mail, first-class postage prepaid, properly enveloped and deposited in the prison institution's internal mailbox for outside mailing addressed to:

    Hon. Michael N. Milby, Clerk
    U.S. District Court
    Southern District of Texas
    Brownsville Division
    600 East Harrison Street
    Brownsville, Texas 78520

and

    Karyl Jean Krug
    Assistant Attorney General
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548

/s/ Dan L. Ingham
Dan L. Ingham #309147
Petitioner, Pro Se