9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN L. INGHAM, | § | |
| Petitioner, | § | |
| | § | |
| versus | § | Civil No. 01-CV-1 |
| | § | (Formerly MS B-00-042) |
| GARY L. JOHNSON, DIRECTOR, | § | |
| Respondent. | § | |

PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE OF THE SAID COURT:

COMES NOW Dan L. Ingham, Petitioner pro se, and presents this his first motion for extension of time and moves this Court for an additional sixty (60) days to file his reply, objection or other responsive pleading to the Respondent's motion for summary judgment. In support, Respondent would show the following:

This is a federal habeas corpus proceeding brought by a state confined prisoner pursuant to 28 U.S.C.A. § 2254. The original petition was received by the Clerk on December 18, 2000 and filed under Miscellaneous Case # B-00-42. A show cause order was issued on January 2, 2001, instructing the Respondent to make an answer by March 2, 2001. The Respondent did not make an answer or otherwise appear until May 2, 2001. No request for extension of time by the Respondent is listed on the Clerk's docket as of June 4, 2001. Hence, the Respondent is in default.

Petitioner needs the requested time to obtain a copy of the Respondent's motion for summary judgment, either from the Clerk's office or the Respondent, and to prepare his reply. The issues in this matter are complex and necessitate thorough research before they can be adequately briefed for the Court's fullest consideration.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for an additional sixty (60) days from this date, allowing him up to and through August 11, 2001 to file his reply and any objections to the Respondent's motion for summary judgment.

Respectfully Submitted,

*Dan L. Ingham* (signature)
Dan L. Ingham #309147
Petitioner, Pro Se
James V. Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367

CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this 12 day of June, 2001, filed with the Clerk of the proper court and served on opposing counsel a true and correct copy of the forgoing PETITIONER'S FOR MOTION FOR EXTENSION OF TIME by mailing same via U.S. Mail, first-class postage prepaid, properly enveloped and deposited in the prison institution's internal mailbox for outside mailing addressed to:

Hon. Michael N. Milby, Clerk
U.S. District Court
Southern District of Texas
Brownsville Division
600 East Harrison Street
Brownsville, Texas 78520

and

Karyl Jean Krug
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

*Dan L. Ingham* (signature)
Dan L. Ingham #309147
Petitioner, Pro Se