10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**JUN 1 8** 2001

Michael N. Milby
Clerk of Court

DAN L. INGHAM, §
    Petitioner, §
§
versus §    Civil No.  01-CV-1
§    (Formerly MS B-00-042)
GARY L. JOHNSON, DIRECTOR, §
    Respondent. §

### PETITIONER'S MOTION FOR JUDGMENT BY DEFAULT

TO THE HONORABLE JUDGE OF THE SAID COURT:

COMES NOW Dan L. Ingham, Petitioner Pro Se and, pursuant to
Rule 55(b)(2), Federal Rules Civil Procedure, moves this Court to
enter a default judgment against the Respondent for the
Respondent's failure to appear in this cause by March 2, 2001 as
instructed by the Court's order dated dated January 2, 2001.
Notice was served on the Respondent by the Clerk.  The Respondent
is not an infant or incompetent person.  The Respondent was
ordered to make an appearance in this case by a certain date, and
did not.  Respondent filed a motion for summary judgment on May
2, 2001, some 120 days after the entry the Court's order, but
did not file a motion for extension of time seeking to extend the
time from March to May to make his appearance.  The Respondent
clearly is in default.  Petitioner Dan Ingham incorporates by
reference his attached unsworn declaration in support hereof.

Respectfully Submitted,

Dan L. Ingham #309147
Petitioner, Pro Se
James V. Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367-6568

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN  DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DAN L. INGHAM,                    §
    Petitioner,                    §
                         §
versus                           §        Civil No.  01-CV-1
                         §        (Formerly MS B-00-042)
GARY L. JOHNSON, DIRECTOR,        §
    Respondent.                    §

UNSWORN DECLARATION OF DAN L. INGHAM

    I, the undersigned, hereby declare under penalty of perjury that my name is Dan L. Ingham.  I am a State prisoner, presently confined in the Texas Department of Criminal Justice, Institutional Division, at the James V. Allred Unit, Iowa Park, Texas under prisoner number 309147.  I am the Petitioner in this action.  I filed the original petition for writ of habeas corpus with the Clerk of the U.S. District Court, Brownsville Division, on December 18, 2001.  Magistrate Judge John W. Black issued an order on January 2, 2001, instructing the Respondent to make an appearance by March 2, 2001.  After my investigation and inquiry with the Clerk's office, I have discovered that, according to the Clerk's docket dated June 4, 2001, the Respondent did not make an appearance by the March 2, 2001 ordered date.  And did not file a request for an extension of time.  The Respondent has failed to make an appearance, then, as instructed.  The Respondent is not an infant and is not an incompetent person.  I have made a written request to the Clerk to make an entry of default into the record.  A copy of this unsworn declaration was attached to that request to the Clerk.

    I declare under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the forgoing is true and correct in all things.

    Signed this ___12___ day of June, 2001.

Dan L. Ingham #309147
Petitioner/Declarant, Pro Se
James V. Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367-6568

CVPDF - www.fesna.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this 12 day of June, 2001, filed with the Clerk of the proper court and served on opposing counsel a true and correct copy of the forgoing PETITIONER'S MOTION FOR JUDGMENT BY DEFAULT by mailing same via U.S. Mail, first-class postage prepaid, properly enveloped and deposited in the prison institution's internal mailbox for outside mailing addressed to:

      Hon. Michael N. Milby, Clerk
      U.S. District Court
      Southern District of Texas
      Brownsville Division
      600 East Harrison Street
      Brownsville, Texas 78520

and

      Karyl Jean Krug
      Assistant Attorney General
      P.O. Box 12548, Capitol Station
      Austin, Texas 78711-2548

                        Dan L. Ingham #309147
                        Petitioner, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN  DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DAN L. INGHAM,                        §
    Petitioner,                    §
                                   §
versus                               §        Civil No.  01-CV-1
                                   §        (Formerly MS B-00-042)
GARY L. JOHNSON, DIRECTOR,            §
    Respondent.                    §

## UNSWORN DECLARATION OF DAN L. INGHAM

I, the undersigned, hereby declare under penalty of perjury that my name is Dan L. Ingham. I am a State prisoner, presently confined in the Texas Department of Criminal Justice, Institutional Division, at the James V. Allred Unit, Iowa Park, Texas under prisoner number 309147. I am the Petitioner in this action. I filed the original petition for writ of habeas corpus with the Clerk of the U.S. District Court, Brownsville Division, on December 18, 2001. Magistrate Judge John W. Black issued an order on January 2, 2001, instructing the Respondent to make an appearance by March 2, 2001. After my investigation and inquiry with the Clerk's office, I have discovered that, according to the Clerk's docket dated June 4, 2001, the Respondent did not make an appearance by the March 2, 2001 ordered date. And did not file a request for an extension of time. The Respondent has failed to make an appearance, then, as instructed. The Respondent is not an infant and is not an incompetent person. I have made a written request to the Clerk to make an entry of default into the record. A copy of this unsworn declaration was attached to that request to the Clerk.

I declare under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the forgoing is true and correct in all things.

Signed this _12_ day of June, 2001.

Dan L. Ingham #309147
Petitioner/Declarant, Pro Se
James V. Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367-6568