IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DAN L. INGHAM,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-01-001 |
| GARY L. JOHNSON, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent | §<br>§<br>§<br>§ | |

## ORDER GRANTING RESPONDENT'S MOTION
## FOR SUMMARY JUDGMENT

Before the Court is Respondent's Motion for Summary Judgment (Brief in Support, Docket No. 5). After due consideration of the pleadings and summary judgment evidence of Petitioner and Respondent, the Court at its own instance considered the issue on its merits. Petitioner's first allegation is procedurally barred from federal habeas corpus review because he failed to demonstrate an actionable constitutional deprivation. Further, the second allegation has no merit because Petitioner is not eligible for mandatory supervision. This Court holds that Respondent's Motion for Summary Judgment should be GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED that Respondent's Motion for Summary Judgment be GRANTED.

IT IS SO ORDERED.

SIGNED this 28 day of June 2001.

_____
Filemon B. Vela
United States District Judge