*1.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 0 2 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DAN L. INGHAM, | § | |
| Petitioner | § | |
| v. | § | CIVIL No. B-01-001 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent | § | |

## ORDER

Before the Court is Petitioner's Motion for Show Cause Order for Contempt for Respondent's Failure to Provide Service Under Rule 5 (Docket No. 6); Petitioner's Motion to Strike Respondent's Motion for Summary Judgment for Failure to Provide Service Under Rule 5 (Docket No. 7); Petitioner's Motion to Temporarily Stay Proceedings (Docket No. 8); Petitioner's Motion for Extension of Time (Docket No. 9); Petitioner's Motion for Judgment by Default (Docket No. 10). After due consideration of said Motions, the Court is of the opinion that Petitioner's requests should be DENIED.

It is therefore, ORDERED, ADJUDGED, and DECREED that Petitioner's Motions be DENIED.

IT IS SO ORDERED.

SIGNED on the 28 day of June, 2001.

Honorable Filemon B. Vela
United States District Judge