14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 21 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN L. INGHAM | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL No. B-01-001 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner's Pro Se Motion for New Trial, and to Alter of Amend Judgment (Docket No. 13). After due consideration of said Motion, the Court is of the opinion that Petitioner's request should be DENIED.

It is therefore, ORDERED, ADJUDGED, and DECREED that Petitioner's Motion be DENIED.

IT IS SO ORDERED.

Signed of this the _21st_ day of _September_, 2001.

Honorable Filemon B. Vela
United States District Judge