United States District Court
Southern District of Texas
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

OCT 0 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN L. INGHAM | § | |
| VS. | § | CIVIL NO. B-01-001 |
| GARY L. JOHNSON, DIRECTOR | § | |

**PETITIONER'S NOTICE OF APPEAL**

**TO THE HONORABLE JUDGE OF THE SAID COURT:**

COMES NOW Dan L. Ingham, Pro Se Petitioner in the referenced action, and presents this his pro se Notice of Appeal to the Fifth Circuit United States Court of Appeals from this Court's order filed September 21, 2001 (Dkt No. 14), denying the Petitioner's pro se Motion For New Trial (Dkt No. 13).

Respectfully Submitted,

Dan L. Ingham #309147
Petitioner/Appellant, Pro Se
James V. Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367-6568

## CERTIFICATE OF FILING AND SERVICE

This is to certify that the undersigned has on this ___ day of October, 20201, filed with the clerk of the appropriate court and served on opposing counsel a true and correct copy of the forgoing pro se PETITIONER'S NOTICE OF APPEAL by mailing same via U.S. Mail, first-class postage prepaid, properly enveloped and deposited in the prison institution's internal mailbox for outside mailing, addressed to:

Hon. Michael N. Milby, Clerk
U.S. District Court
Brownsville Division
600 East Harrison Street
Brownsville, Texas 78520-7114

and to

Karyl Jean Krug
Assistant Texas Attorney General
P.O. Box 12548., Capitol Station
Austin, Texas 78711-2548

Dan. L. Ingham #309147
Petitioner/Appellant, Pro Se