IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-41243

---

DAN LEE INGHAM

Petitioner - Appellant

v.

JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION

Respondent - Appellee

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 12, 2001, for want of prosecution. The appellant failed to timely pay docketing fee.

> CHARLES R. FULBRUGE III
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: _____
> Peter Conners, Deputy Clerk
>
> FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy    DEC 12 2001
New Orleans, Louisiana

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

December 12, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 01-41243 Ingham v. Cockrell
    USDC No. B-01-CV-1

Enclosed is a certified copy of the judgment issued as the mandate.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
    Peter Conners, Deputy Clerk
    504-589-6514 ITCM # 172

/pac
cc: w/encl:
    Mr Dan Lee Ingham
    Ms Karyl Krug

MDT-1